| UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF NORTH CAROLINA | Case No. 1:15 CV 831 E |
|---|---|
| Name of Plaintiff(s): Henry, et al. | REPORT |
| VERSUS | OF |
| Name of Defendant(s): N.C. Acupuncture Lic. Bd., etc. | MEDIATOR (For Placement on the CM/ECF Docket) |
| Mediator Name: JONATHAN R. HARKAVY | |
| Telephone No: 336-370-4200 | ☐ This is an **Interim Report**. A final report is to be filed after resumption of the mediation |
| E-Mail Address: jharkavy@aol.com | |

1. **Convening of Mediation.** The mediated settlement conference ordered in this case:
   ☑ was held on __2/11/19__ (date)
   ☐ was NOT held because ____

2. **Attendance**
   ☑ No objection was made on the grounds that any required attendee was absent.
   ☐ Objection was made by ____

3. **Outcome**
   ☑ Complete settlement of the case
   ☐ Conditional settlement or other disposition
   ☐ Partial settlement of the case
   ☐ Recess (*i.e.*, mediation to be resumed at a later date)
   ☐ Impasse
   ☐ Additional Information: ____

4. **Settlement Filings.**
   (a) The document(s) to be filed to effect the settlement are __Stipulation of Dismissal with prejudice__
   (b) The person responsible for filing the document(s) is __Counsel__
   (c) The agreed deadline for filing the document(s) is __30 days from 2/11/19__

**Submission of Report.** Please submit the completed and signed report by mail to Clerk of Court, 324 W. Market St., Greensboro, NC 27401, or, if a Consent to Transfer Documents Electronically Form has been submitted, submit the signed report to medclerk@ncmd.uscourts.gov.

I have submitted this completed report with ten (10) days after conclusion of the conference.

_____  __2/19/19__
Mediator Signature              Date