UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:15-cv-831-CCE-LPA

| | |
|---|---|
| ELIZABETH HENRY, et al.,<br><br>                      Plaintiffs,<br><br>v.<br><br>NORTH CAROLINA ACUPUNCTURE<br>LICENSING BOARD, et al.,<br><br>                      Defendants. | **JOINT STIPULATION OF<br>DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate to a dismissal with prejudice of all remaining claims in this matter.

Each party shall bear its own costs, expenses, and attorneys' fees.

Respectfully submitted the 5th day of March, 2019.

| **POYNER SPRUILL LLP** | **BELL, DAVIS & PITT, P.A.** |
|---|---|
| By:   s/ Caroline P. Mackie<br>      Caroline P. Mackie<br>      N.C. State Bar No. 41512<br>      cmackie@poynerspruill.com<br>      Andrew H. Erteschik<br>      N.C. State Bar No. 35269<br>      aerteschik@poynerspruill.com<br>      John Michael Durnovich<br>      N.C. State Bar No. 47715<br>      jdurnovich@poynerspruill.com<br>      P.O. Box 1801<br>      Raleigh, NC 27602-1801 | By:   s/ Charlot F. Wood<br>      Charlot F. Wood<br>      N.C. State Bar No. 16899<br>      cwood@belldavispitt.com<br>      Alan M. Ruley<br>      N.C. State Bar No. 16407<br>      aruley@belldavispitt.com<br>      Andrew A. Freeman<br>      N.C. State Bar No. 41248<br>      afreeman@belldavispitt.com<br>      100 North Cherry Street, Suite 600<br>      P.O. Box 21029<br>      Winston-Salem, NC 27120-1029 |

Telephone: 919.783.6400                Telephone: 336.722.3700
Facsimile: 919.783.1075                Facsimile: 336.772.8153

**COUNSEL FOR PLAINTIFFS**          **COUNSEL FOR DEFENDANTS**

# **CERTIFICATE OF SERVICE**

I certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record and parties of record as follows:

>Charlot F. Wood
>Alan M. Ruley
>Andrew A. Freeman
>BELL, DAVIS & PITT, P.A.
>100 North Cherry Street, Suite 600
>P.O. Box 21029
>Winston-Salem, NC  27120-1029
>*Counsel for Defendants*

This the 5th day of March, 2019.

>s/ Caroline P. Mackie
>Caroline P. Mackie